# United States Bankruptcy Court
## District of Nevada

**Case No. <u>09–12483–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
    LISA ANNE LIZOTTE
    700 INDIAN GARDEN ST.
    LAS VEGAS, NV 89138

Social Security No.:
    xxx–xx–8612

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT LENARD E. SCHWARTZER is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 6/24/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court